**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MARTIN JOHNSON, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>PROGENICS PHARMACEUTICALS, INC., ERIC J. ENDE, BRADLEY L. CAMPBELL, DAVID W. MIMS, KAREN JEAN FERRANTE, ANN L. MACDOUGALL, GÉRARD BER and HEINZ MÄUSLI,<br><br>    Defendants. | )<br>)<br>)<br>)<br>) Case No.  1:20-cv-02847-GHW<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

   PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Martin Johnson ("Plaintiff") hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action, and no class has been certified. Plaintiff's dismissal of the Action is therefore effective upon the filing of this notice.

Dated:  June 9, 2020

        Respectfully submitted,

        **FARUQI & FARUQI, LLP**

        By:  */s/ James M. Wilson, Jr.*

        Nadeem Faruqi
        James M. Wilson, Jr.
        685 Third Avenue, 26th Floor
        New York, NY 10017
        Tel.: (212) 983-9330
        Fax: (212) 983-9331
        Email: nfaruqi@faruqilaw.com
        jwilson@faruqilaw.com

*Counsel for Plaintiff*